IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00148-EWN-BNB

QUEENSTAKE RESOURCES U.S.A., INC.,
and QUEENSTAKE RESOURCES LTD.,

Plaintiffs,

vs.

AMERICAN INTERNATIONAL SPECIALTY
LINES INSURANCE COMPANY,

Defendant.

_____

**ORDER AMENDING MARCH 8, 2007 ORDER**
_____

**THIS MATTER** having come before the Court on the parties' Joint Motion to Amend the Court's March 8, 2007 Order, and the Court being fully advised in the premises, **FINDS** that the Motion is well taken and is hereby granted.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that:

1. The Court's March 8 order, which provides that the arbitration must be concluded no later than April 1, 2008, is hereby amended to allow for completion of the arbitration no later than October 31, 2008.

2. The parties will continue to file status reports every 90 days.

DATED this 9th day of October, 2007

BY THE COURT:

s/ Edward W. Nottingham
Chief United States District Judge